

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00187-CR

| | | |
|---|---|---|
| DOMINIQUE SHEPPARD, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1501858R) |
| V. | § | March 7, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was some error in the trial court's judgment. The judgment is modified to reflect Sheppard's actual conviction of "assault family/household member with previous conviction." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
       Chief Justice Bonnie Sudderth